# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

Jason Trythall

       v.                                  Civil No. 11-cv-458-JD

Hillsborough County Department of Corrections,
Superintendent

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

The Financial Affidavit in support of the Motion to Proceed in Forma Pauperis  in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Financial Affidavit.  Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Financial Affidavit in support of the Motion to Proceed in Forma Pauperis, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

       **SO ORDERED**.

                                       /s/ Landya B. McCafferty
                                       Landya B. McCafferty
Date: September  29,  2011                United  States Magistrate  Judge

cc:    Jason Trythall